UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
608941 NJ INC.,

              *Plaintiff*,

    -against-

JEFFREY SIMPSON, JJ ARCH LLC, and
ARCH REAL ESTATE HOLDINGS LLC,

              *Defendants*.

-------------------------------------------------------------------- x

1:23-cv-08966 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Pursuant to Defendants' telephonic request, Defendants are granted leave to file a sur-reply to Plaintiffs' reply memorandum of law.

**SO ORDERED.**

**Dated:  October 24, 2023**
        **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**