UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
608941 NJ INC.,

                *Plaintiff,*

   -against-

JEFFREY SIMPSON, JJ ARCH LLC, and
ARCH REAL ESTATE HOLDINGS LLC,

                *Defendants.*

-------------------------------------------------------------- x

1:23-cv-08966 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Pursuant to today's conference, the temporary restraining order is EXTENDED to November 2, 2023. The parties are ORDERED to file a join status report on or before October 31, 2023.

The Court will hold a telephonic conference in this action for a preliminary injunction on **November 2, 2023 at 3PM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **October 25, 2023**
            **New York, New York**

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**